**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Luis Toro, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　– vs. –<br><br>Cornhole Worldwide, LLC,<br><br>　　　　　Defendant. | DOCKET NO. 23-cv-1859<br>(JLR) (SDA)<br><br>**NOTICE OF APPEARANCE** |

　　NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant Cornhole Worldwide, LLC.

Dated:  March 30, 2023

_/s/ David Stein_
_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com
Attorneys for Defendant