UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> CORNHOLE WORLDWIDE, LLC, <br><br> Defendant. | 1:23-cv-01859 (JLR) <br><br> **MEDIATION REFERRAL ORDER** |

JENNIFER L. ROCHON, United States District Judge:

WHEREAS the parties request a referral to mediation. ECF No. 11.

IT IS HEREBY ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. The parties shall submit a status letter **within one week** of their mediation conference or by **August 8, 2023**, whichever is earlier.

Dated: May 25, 2023
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge